# UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF VIRGINIA
### NORFOLK DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 19-70035-SCS |
| ESTHER C. KNIGHT, | ) | |
| | ) | |
| *Debtor.* | ) | Chapter 7 |
| | ) | |

### ORDER TO SHOW CAUSE WHY CASE WAS FILED WITH THE REQUISITE AUTHORITY AND SHOULD NOT BE DISMISSED

On January 4, 2019, a bankruptcy petition, schedules, and statements were filed in this Court commencing a case under Chapter 7 of the United States Bankruptcy Code for the above-captioned Debtor.  The petition, schedules, and statements filed in this case are all signed by someone other than the debtor with the letters "POA" (presumably indicating "Power of Attorney") following that individual's signature.[1]  The petition was not accompanied by a copy of any Power of Attorney nor has a request to approve the appointment of a representative for the Debtor been filed in this case.  Therefore, the Court finds that a hearing should be held for the Debtor to appear and show cause as to why the above-captioned case has been filed with the requisite authority to do so under applicable law and why the case should not be dismissed.

Accordingly, the Court ORDERS **the Debtor** to appear at the **United States Bankruptcy Court, Courtroom One, 4th Floor, 600 Granby Street, Norfolk, Virginia**, at **10:00 a.m.** on **Thursday, January 31, 2019,** and show cause why the above-captioned bankruptcy case has been filed with the requisite authority to do so under applicable law and why the case should not be dismissed.

---

[1] One document, Official Form 119, Bankruptcy Petition Preparer's Notice, Declaration, and Signature, contains a legible, handwritten name on page 3 adjacent to the Debtor's purported signature that appears to read Kiesharra Corbett Crudup.

The Clerk shall deliver copies of this Order to the Debtor; the Chapter 7 Trustee; and Kenneth N. Whitehurst, III, Assistant United States Trustee, Office of the United States Trustee, 200 Granby Street, Norfolk, Virginia 23510.

IT IS SO ORDERED.

Jan 10 2019

/s/ Stephen C. St.John

STEPHEN C. ST. JOHN
Chief United States Bankruptcy Judge

Entered on Docket: Jan 10, 2019